IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02186-MSK-MJW

ANTONIO BRYANT,

    Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE, INC., and
NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,

    Defendants.

_____

### ORDER REGARDING COMPLIANCE WITH RULES
_____

**THIS MATTER** comes before the Court on the Motion for an Expedited Decision on Plaintiff's Motion for Preliminary Injunction or, in the Alternative, an Immediate Hearing **(#12)** filed November 6, 2007.  The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#12)** is **DENIED**, without prejudice.

DATED this 6th day of November, 2007.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            _____
                                            Marcia S. Krieger
                                            United States District Judge