IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02186-MSK-MJW

ANTONIO BRYANT,

    Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE, INC. and
NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,

    Defendants.

## ENTRY OF APPEARANCE

The undersigned hereby enters his appearance as counsel of record for Defendants National Football League, Inc. and National Football League Management Council.

Dated this 20th day of November, 2007.

    Respectfully submitted,

*s/ Daniel L. Nash*
Daniel L. Nash
dnash@AKINGUMP.com
(*Admission to this Court Pending*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone:  202-887-4067
Facsimile:   202-887-4288

226778

          *s/ Daniel M. Reilly*
          Daniel M. Reilly
          dreilly@litigationcolorado.com
          REILLY POZNER & CONNELLY LLP
          511 Sixteenth Street, Ste. 700
          Denver, Colorado  80202
          Telephone:  303-893-6100
          Facsimile:  303-893-6110

          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2007, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF system.

    Peter J. Schaffer
    SMITH & SCHAFFER PC
    36 Steele Street, Suite 100
    Denver, CO  80206
    peter@apse.net

          *s/ Daniel M. Reilly*

226778

2